COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
C. A. No. 05-11429-RWZ

BRUCE JACKSON )
)
Plaintiff, )
)
v. )
)
LINDSAY NORMAN, Individually and in his former )
capacity as President of Massachusetts Bay Community College, Paula )
Gastenveld, Individually and in her former capacity as Vice-President )
of Massachusetts Bay Community College, Ghazi Darkazalli, )
Individually and in his capacity as Dean at Massachusetts Bay )
Community College, Thomas Sabbagh, Individually and in his former )
capacity as Associate Dean at Massachusetts Bay Community College, )
Laurie Taylor, Individually and in her capacity as Vice-President of )
Massachusetts Bay Community College, )
)
Defendants. )

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of the undersigned as the attorney for the defendant,

Commonwealth of Massachusetts in the above-entitled case.

COMMONWEALTH OF MASSACHUSETTS
By its Attorneys

THOMAS F. REILLY
ATTORNEY GENERAL

*/s/ Teresa Walsh*

Teresa Walsh, BBO # 550047
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA 02114
(617) 727-2200, Ext. 3335

Date: July 26, 2005

## CERTIFICATE OF SERVICE

    I, Teresa Walsh, Assistant Attorney General, hereby certify that I have this day, July 26, 2005, served the foregoing **document**, upon all parties, by mailing a copy, first class, postage prepaid to:

        Sam Silverman
        18 Ingleside Road
        Lexington, MA 02420

        */s/ Teresa Walsh*
        _____
        Teresa Walsh
        Assistant Attorney General
        Trial Division