COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
C. A. No. 05-11429-RWZ

**BRUCE JACKSON**   )
                   )
   **Plaintiff,**  )
                   )
   v.              )
                   )
**LINDSAY NORMAN,** Individually and in his former )
capacity as President of Massachusetts Bay Community College, Paula )
Gastenveld, Individually and in her former capacity as Vice-President )
of Massachusetts Bay Community College, Ghazi Darkazalli, )
Individually and in his capacity as Dean at Massachusetts Bay )
Community College, Thomas Sabbagh, Individually and in his former )
capacity as Associate Dean at Massachusetts Bay Community College, )
Laurie Taylor, Individually and in her capacity as Vice-President of )
Massachusetts Bay Community College, )
                   )
   **Defendants.** )
                   )

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter the appearance of the undersigned as the attorney for the defendant, Commonwealth of Massachusetts in the above-entitled case.

                COMMONWEALTH OF MASSACHUSETTS
                By its Attorneys

                THOMAS F. REILLY
                ATTORNEY GENERAL

                */s/ Maite A. Parsi*
                Maite A. Parsi, BBO # 554009
                Assistant Attorney General
                Government Bureau/Trial Division
                One Ashburton Place, Room 1813
                Boston, MA 02114
                (617) 727-2200, Ext. 3322

Date: July 26, 2005

## CERTIFICATE OF SERVICE

I, Maite A. Parsi, Assistant Attorney General, hereby certify that I have this day, July 26, 2005, served the foregoing **document**, upon all parties, by mailing a copy, first class, postage prepaid to:

        Sam Silverman
        18 Ingleside Road
        Lexington, MA 02420

/s/ Maite A. Parsi
Maite A. Parsi
Assistant Attorney General
Trial Division