%AO 399 (Re,. I OM)

# WAIVER OF SERVICE OF SUMMONS

TO: _StLd+;>2~J_
(NAlv1E OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __6/~aZi' DARKAZALLI__, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service *of summons in* the action of _____
(CAPTION OF ACTION)

which is case number _____ (DCO T|__ in the *United States District Court*

for the _____ *District of*

I have also received a copy of the complaint in the action, two copies of this instrument, and a means *by which I can* return the signed waiver to you without cost to me.

I agree to save the cost of *service of* **a summons and an additional copy of** the complaint in this lawsuit by not requiring that l (or the entity on whose behalf I am acting) *be* served with judicial process in the manner provided by Rule 4.

I **(or the entity on *whose* behalf I am acting) will retain all defenses or objections to the** lawsuit or to the jurisdiction or venue of the court except for objections based *tan* a defect in the summons or in the service of the summons,

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after _____ **(DATE REQUEST AS SENT)**

or within 90 days after that date if the request was sent outside the United States.

__// 5__ _____
(DATE)     (SIGNATURE)

**Printedrfyped** Name: _5*ml '~le/'9Z,9L <<_

As _____  of _____
rrrrLE)     (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires oestsin patties to cooperate in saving urhneecssary costs of aatulee of the summons and complaint. A defendant locoed in the United States who, of er being notified of an action and asked by a plainrifflocared in the United Stales to waive service of summons, fails to do so will be required to bear the cost of such service unless god cause be shown for its failure to sigh and return the waiver.

it is not good cause for a failure to waive service that a patty believes that the complaint is unfounded, or that the action has been brought in an improper place or in a mum that lacks jurisdiction over the aubject matter of the action or over its person or property. A party who waives service of the summons retains alt defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiffs attorney (or unrepresented plaintiff) a response to the complaint and must also file a sighted copy of the response with the coon. If the answer or motion is not served within this time, s default judgment maybe taken against that defendant By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

%AO 394 (P-M· .¹ OAS)

# WAIVER OF SERVICE OF SUMMONS

**TO:**  E͟ A͟u͟  c͟)͟L͟V͟E͟~͟ P͟ ͟"͟&͟i͟(͟l͟
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, ~L͟ O͟,͟.͟.͟.͟e͟ ͟,͟r͟r͟-͟~͟ acknowledge receipt of your request
(DART NAME)

that I waive service of summons in the action of _____
(CAPTION OF ACTION)

which is case number _____ in the United States District Court
(DOOT NuPaER)

for the _____ District of _____

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring thatl (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue *of the* court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment tray be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after _____
(DATE REQUEST WAS SENT)

**or within 90 days after that date** if the request was sent outside the United States.

_____  _____
(DA                (SIGNATURE)

**Printed/Typed Name:,** _____

As _____  _____
ME)                    (CORPORATE DEFENDANT)

**Duty to** *Avoid Unnecessary Costs of Service of Summons*

*Rule* 4 of the Federal Rule$ of Civil Procedure requires c grain parties to cooperate in sevin` unnexessaty costs of service of the Summons and Complaint. A defendant located in the United States *who,* ally being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to beat the cost *of* such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause fore failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who **waives** service of the summons retsins all defenses and objecuons (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to tie place *where inc* action has been brought,

*A* defendant who waives service must within *the* ume specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a responsc to the complaint and must also file a signed copy of the response with the court, if the answer *of* motion is not saved *within* this time, a default judgment may be taken against that defendant. By waiving service, a defendant is aiowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

~.An 399 (Rev, 10/95)

# WAIVER OF SERVICE 'OF SUMMONS

TO: _____ S6.-c 5'1 L v-12t f 4-4)
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

1, /dv Oe4y i  !IV'* /e1WWW _____ acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action
of _____
(CAPTION OF ACTION)

which is case number   p5 -I t 42.9 : RWe-   in the United States District Court
(DOCKET NUMBER)

for the _____ District of _____

   I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   1(or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days
after
(DATE REQUEST WAS SENT)
or within 90 days after that date if the request was sent outside the United States.

7-23-05                    _____
(DA'n:1)                         (SIGNATURE)

Printed/Typed Name: _____

As _____ of _____
   (TITLE)      (CORPORATE DEFENDANT)

**Duty to Avoid** Unnecessary Costs of Service **of Summons**

   Rule 4 of the Federal Rules of Civil Procedure requires certain panics to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the Hwaiver,

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later nhject to the jurisdiction of the court or to the place where the action has been brought,

## **CERTIFICATE OF SERVICE**

      I, Teresa Walsh, Assistant Attorney General, hereby certify that I have this day, August 18, 2005, served the foregoing **Waiver Of Service Of Summons**, upon all parties, by mailing a copy, first class, postage prepaid to:

Sam Silverman, Esquire
18 Ingleside Road
Lexington, MA 02420

Haidee Morris, Esquire
Labor Counsel
Massachusetts Community Colleges
c/o Middlesex Community College
Springs Road Building 2
Bedford, MA  01730

                                  /s/  Teresa Walsh_____
                                  Teresa Walsh, Assistant Attorney General
                                  Government Bureau/Trial Division