COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
C. A. No. 05-11429-RWZ

BRUCE JACKSON

    Plaintiff,

v.

LINDSAY NORMAN, Individually and in his former capacity as President of Massachusetts Bay Community College, Paula Gastenveld, Individually and in her former capacity as Vice-President of Massachusetts Bay Community College, Ghazi Darkazalli, Individually and in his capacity as Dean at Massachusetts Bay Community College, Thomas Sabbagh, Individually and in his former capacity as Associate Dean at Massachusetts Bay Community College, Laurie Taylor, Individually and in her capacity as Vice-President of Massachusetts Bay Community College,

    Defendants.

## AFFIDAVIT OF TERESA WALSH

1. My name is Teresa Walsh and I am currently employed as an assistant attorney general in the Office of the Attorney General.

2. I am the attorney assigned to this case on July 20, 2005.

3. I have taken previously scheduled vacation from the office in August.

4. I am currently assigned to a matter in the Superior Court that is on for trial on Tuesday, September 6 and scheduled for 3 weeks.

5. Plaintiff's counsel has assented to this motion.

Signed under the pains and penalties of perjury, this day, September 2, 2005.

/s/ Teresa Walsh
Assistant Attorney General
Government Bureau/Trial Division

**CERTIFICATE OF SERVICE**

      I, Teresa Walsh, Assistant Attorney General, hereby certify that I have this day, September 2, 2005, served the foregoing **Defendants Assented to Motion to Enlarge Time to File Responsive Pleading** and **Affidavit Time Enlarge**, upon Plaintiff's counsel by Electronically sending a copy to his email address.  smpr@rcn.com

    /s/  Teresa Walsh
Teresa Walsh, Assistant Attorney General
Government Bureau/Trial Division