## COMMONWEALTH OF MASSACHUSETTS
## UNITED STATES DISTRICT COURT

**U.S. DISTRICT COURT**
**C. A. No. 05-11429-RWZ**

)
BRUCE JACKSON )
)
Plaintiff, )
)
v. )
)
LINDSAY NORMAN, Individually and in his former )
capacity as President of Massachusetts Bay Community College, Paula )
Gastenveld, Individually and in her former capacity as Vice-President )
of Massachusetts Bay Community College, Ghazi Darkazalli, )
Individually and in his capacity as Dean at Massachusetts Bay )
Community College, Thomas Sabbagh, Individually and in his former )
capacity as Associate Dean at Massachusetts Bay Community College, )
Laurie Taylor, Individually and in her capacity as Vice-President of )
Massachusetts Bay Community College, )
)
Defendants. )
)

## AFFIDAVIT OF TERESA WALSH

1.  My name is Teresa   Walsh and I am currently employed as an assistant attorney general in the Office of the Attorney General.

2.  I am the attorney assigned to this case on   July 20, 2005.

3.  I have taken previously scheduled vacation from the office in August.

4.  I am currently assigned to a matter in the Superior Court that is on for trial on Tuesday, September 6 and scheduled for 3 weeks.

5.  Plaintiff's counsel has assented to this motion.

.

Signed under the pains and penalties of perjury, this day, September 2, 2005.


/s/ Teresa Walsh_____
Assistant Attorney General
Government Bureau/Trial Division

## <u>CERTIFICATE OF SERVICE</u>

       I, Teresa Walsh, Assistant Attorney General, hereby certify that I have this day, September 2, 2005, served the foregoing **Defendants Assented to Motion to Enlarge Time to File Responsive Pleading** and **Affidavit Time Enlarge**, upon Plaintiff's counsel by Electronically sending a copy to his email address.  smpr@rcn.com

                             /s/  Teresa Walsh_____
                             Teresa Walsh, Assistant Attorney General
                             Government Bureau/Trial Division

**COMMONWEALTH OF MASSACHUSETTS**
**UNITED STATES DISTRICT COURT**

**U.S. DISTRICT COURT**
**C. A. No. 05-11429-RWZ**

| | |
|---|---|
| BRUCE JACKSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LINDSAY NORMAN, Individually and in his former | ) |
| capacity as President of Massachusetts Bay Community College, Paula | ) |
| Gastenveld, Individually and in her former capacity as Vice-President | ) |
| of Massachusetts Bay Community College, Ghazi Darkazalli, | ) |
| Individually and in his capacity as Dean at Massachusetts Bay | ) |
| Community College, Thomas Sabbagh, Individually and in his former | ) |
| capacity as Associate Dean at Massachusetts Bay Community College, | ) |
| Laurie Taylor, Individually and in her capacity as Vice-President of | ) |
| Massachusetts Bay Community College, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**Defendant's Assented to Motion to Enlarge Time to File Responsive Pleading**

Now comes the Defendants in the above captioned matter and respectfully

requests  this Court to enlarge the time for filing a responsive pleading in this matter

from  September 7 , 2005  until October 7, 2005.  In support of this Motion, the

 Defendant's counsel states she is preparing for a three  week jury trial in Superior

Court that begins on Tuesday, September 6. Defendant further relies on the affidavit

attached  herewith. Plaintiff's counsel has assented to this Motion.

Respectfully submitted,
LINDSAY NORMAN, et al.

Telephonically Assented to:
BRUCE JACKSON

By his attorney,

_____
Sam Silverman
18 Ingleside Road
Lexington, MA 02420

By his attorneys,
THOMAS F. REILLY
ATTORNEY GENERAL

_____
Teresa Walsh, BBO No.550047
Trial Division  ext.3335
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02114

Dated:
September 2, 2005

## COMMONWEALTH OF MASSACHUSETTS
## UNITED STATES DISTRICT COURT

**U.S. DISTRICT COURT**
**C. A. No. 05-11429-RWZ**

| | |
|---|---|
| BRUCE JACKSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LINDSAY NORMAN, Individually and in his former capacity as President of Massachusetts Bay Community College, Paula Gastenveld, Individually and in her former capacity as Vice-President of Massachusetts Bay Community College, Ghazi Darkazalli, Individually and in his capacity as Dean at Massachusetts Bay Community College, Thomas Sabbagh, Individually and in his former capacity as Associate Dean at Massachusetts Bay Community College, Laurie Taylor, Individually and in her capacity as Vice-President of Massachusetts Bay Community College, | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

### Defendant's Assented to Motion to Enlarge Time to File Responsive Pleading

Now comes the Defendants in the above captioned matter and respectfully requests this Court to enlarge the time for filing a responsive pleading in this matter from September 7 , 2005 until October 7, 2005. In support of this Motion, the Defendant's counsel states she is preparing for a three week jury trial in Superior Court that begins on Tuesday, September 6. Defendant further relies on the affidavit attached herewith. Plaintiff's counsel has assented to this Motion.

Respectfully submitted,
LINDSAY NORMAN, et al.

Telephonically Assented to:                          By his attorneys,
BRUCE JACKSON                                        THOMAS F. REILLY
                                                     ATTORNEY GENERAL
By his attorney,


_____                               /s/ Teresa Walsh_____
Sam Silverman                                        Teresa Walsh, BBO No.550047
18 Ingleside Road                                    Trial Division  ext.3335
Lexington, MA 02420                                  Office of the Attorney General
                                                     One Ashburton Place, 18th Floor
                                                     Boston, MA 02114



Dated:
September 2, 2005