UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| **BRUCE A. JACKSON**, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **LINDSAY NORMAN**, Individually and in ) | |
| His former capacity as President of ) | |
| Massachusetts Bay Community College, ) | |
| **PAULA GASTEN VELD**, Individually and ) | C.A. NO. 05-11429-RWZ |
| In her former capacity as Vice-President of ) | |
| Massachusetts Bay Community College, ) | |
| **GHAZI DARKAZALLI**, Individually and ) | |
| In His capacity as Dean at Massachusetts ) | |
| Bay Community College, ) | |
| **THOMAS SABBAGH**, Individually and ) | |
| In his former capacity as Associate Dean ) | |
| At Massachusetts Bay Community College ) | |
| **LAURIE TAYLOR**, Individually and in ) | |
| Her Capacity as Vice-President of ) | |
| Massachusetts Bay Community College ) | |
| Defendants. ) | |

---

## DEFENDANTS' MOTION TO DISMISS COMPLAINT

The defendants move to dismiss this action pursuant to Fed. R. Civ. P (b) (1) and 12(b) 6 for the following reasons and relies on its Memorandum Of Law :

1. Plaintiff Jackson cannot complain of a violation of due process rights, where there is an availability of unused administrative process;

2. As Jackson cannot show that he lacks adequate post-deprivation remedies, there is no violation of the right to procedural due process;

3. The actions against the individual defendants in their individual capacities are barred under 42 U.S.C. § 1983 and the Eleventh Amendment.

4. As the only person with authority to conduct the hearing

pursuant to section 15.02 of the CBA, Norman must do so under the Rule

of Necessity.

<div style="margin-left: 40%;">

Respectfully Submitted,
COMMONWEALTH OF MASSACHUSETTS

By its Attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Teresa Walsh
Teresa Walsh,  BBO# 550047
Assistant Attorney General
Office of The Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA 02108
(617) 727-2200 x3335
teresa.walsh@ago.state.ma.us

</div>

Dated  _____,2005