

Carole M. Berotte Joseph, Ph.D.
President

WELLESLEY HILLS CAMPUS:
50 Oakland Street
Wellesley Hills, MA 02481-5399

t. 781.239.3000
f. 781.237.1061

October 19, 2005

Dr. Bruce Jackson
9 Hemlock Road
Wayland, MA 01778

Re:  BHE/Massachusetts Community College v. MCCC
     AAA Case No. 11-390-02524-02 (Termination of Dr. Bruce Jackson)
     Reassessment Pursuant to Article 10.06E

Dear Dr. Jackson:

Pursuant to the arbitrator's award in the above-referenced case, your dismissal by former President Lindsay Norman has been remanded to me for reassessment. By assent of your counsel, the thirty day period for reassessment was extended by one week.

After reviewing the record in this matter, I want to take this opportunity to reinforce the College policy which appears in the Faculty and Professional Staff Handbook, Section 3-5, "Each faculty member is expected to meet all of his/her scheduled classes and/or laboratory sections. Faculty members are also expected to meet their classes promptly and for the scheduled length of time." In my professional judgment this is an essential function of a community college faculty member, of which the contract gives you notice. Further, in my professional judgment, your failure to be in the laboratory supervising students during all scheduled times constitutes a safety hazard which is unacceptable to the College and its students.

However, after a thorough review of this case, I have determined that it is not in the best interests of the College to expend further resources litigating this matter. Therefore, I have decided to rescind your dismissal. You will be returned to teaching and faculty duties effective the spring semester 2006. The Provost/Vice President of Academic and Student Affairs will communicate with you in the near future regarding your return. Payroll and backpay matters will be addressed in a separate communication.

Sincerely,



Carole M. Berotte Joseph, Ph.D.
President

CBJ/tm

C:  Betsy L. Ehrenberg, Esq.

www.massbay.edu

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRUCE JACKSON                           CIVIL ACTION
  V.                                    NO. 1:05-cv-11429

LINDSAY NORMAN,
Individually and in his former capacity as President of
Massachusetts Bay Community College

PAULA GASTENVELD, Individually and in her former
capacity as Vice-President of Massachusetts Bay Community College

GHAZI DARKAZALLI, Individually and in his
capacity as Dean at Massachusetts Bay Community College

THOMAS SABBAGH, Individually and in his former
capacity as Associate Dean at Massachusetts Bay Community College

LAURIE TAYLOR, Individually and in her
capacity as Vice-President of Massachusetts Bay Community College

## MOTION TO ADD DEFENDANT

1. A letter rescinding the dismissal of Dr. Jackson was sent by the new President of the College, Dr. Carole M. Berotte Joseph, dated 19 October 2005. This letter included implicit threats of retaliation against Dr. Jackson. Consequently a new Count was added to the Complaint to deal with this. Dr. Joseph, as sole signatory, carries responsibility for the contents of the letter, and must therefore be added as a Defendant.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to allow Dr. Carole M. Berotte Joseph to be added as a Defendant, individually and in her capacity as President of Massachusetts Bay Community College..

Dated: 13 January 2006

/s/ *Sam Silverman*

SAM SILVERMAN, BBO No. 462930
18 Ingleside Road
Lexington, Massachusetts 02420
(781) 861-0368
smpr@rcn.com
Attorney for Dr. Jackson,  Plaintiff

CERTIFICATE OF SERVICE

I, Sam Silverman, hereby certify that I have served the foregoing document  by mailing copies, first class, postage prepaid,  to Teresa Walsh, Esq., Assistant Attorney General, and Maite Parsi, Assistant Attorney General, One Ashburton Place, Boston, Massachusetts  02108-1598 on 27 December 2005, and by hand delivery to Dr. Carole Joseph..

/s/ *Sam Silverman*_____
Sam Silverman,
Attorney for Bruce Jackson, Plaintiff

Dated:  13 January 2006