COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
C. A. No. 05-11429-RWZ

| | |
|---|---|
| BRUCE JACKSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LINDSAY NORMAN, Individually and in his former capacity as President of Massachusetts Bay Community College, Paula Gastenveld, Individually and in her former capacity as Vice-President of Massachusetts Bay Community College, Ghazi Darkazalli, Individually and in his capacity as Dean at Massachusetts Bay Community College, Thomas Sabbagh, Individually and in his former capacity as Associate Dean at Massachusetts Bay Community College, Laurie Taylor, Individually and in her capacity as Vice-President of Massachusetts Bay Community College, | ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**Defendants' Assented to Motion to Enlarge Time to File Responsive Pleading**

Now comes the Defendants in the above captioned matter and respectfully requests this Court to enlarge the time for filing a responsive pleading in this matter from January 27, 2006 until February 27, 2006. In support of this Motion, the Defendant's counsel states she has multiple court appearances until January 27, 2006 and plaintiff's counsel did not confer with her under local rule 7.1 (a)(2) before filing a dispositive motion. Defendant further relies on the affidavit attached herewith. Plaintiff's counsel has assented to this Motion.

Respectfully submitted,
LINDSAY NORMAN, et al.

| | |
|---|---|
| Telephonically assented to:<br>BRUCE JACKSON | By his attorneys,<br>THOMAS F. REILLY<br>ATTORNEY GENERAL |
| By his attorney, | |
| /s/ Sam Silverman<br>Sam Silverman<br>18 Ingleside Road<br>Lexington, MA 02420 | /s/ Teresa Walsh<br>Teresa Walsh, BBO No.550047<br>Trial Division ext. 3335<br>Office of the Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108 |

Dated:
January 18, 2006