COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
C. A. No. 05-11429-RWZ

| | |
|---|---|
| BRUCE JACKSON | ) |
|        Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LINDSAY NORMAN, Individually and in his former capacity as President of Massachusetts Bay Community College, Paula Gastenveld, Individually and in her former capacity as Vice-President of Massachusetts Bay Community College, Ghazi Darkazalli, Individually and in his capacity as Dean at Massachusetts Bay Community College, Thomas Sabbagh, Individually and in his former capacity as Associate Dean at Massachusetts Bay Community College, Laurie Taylor, Individually and in her capacity as Vice-President of Massachusetts Bay Community College, | ) ) ) ) ) ) ) ) |
|        Defendants. | ) ) |

## AFFIDAVIT OF TERESA WALSH

1. My name is Teresa Walsh and I am currently employed as an assistant attorney general in the Office of the Attorney General.

2. I am the attorney assigned to this case.

3. I received electronic copies of plaintiff's Motion and Memorandum to Amend the Complaint and Motion and Memorandum for Summary Judgment late Friday afternoon, January 13, 2006 before a three day holiday weekend.

4. An opposition to these motions are due 14 days after service under local rule 7.1(b)(2).

5. Plaintiff's counsel did not confer with me on these motions prior to filing them, as required under local rule 7.1(a)(2).

6. I am scheduled to be in state court on January 20, 24, 26, and 30th.

Signed under the pains and penalties of perjury, this day, January 18, 2006.

/s/ Teresa Walsh
Assistant Attorney General
Government Bureau/Trial Division