UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
**BRUCE JACKSON**,                              )
              Plaintiff,             )
                                     )
v.                                              )
                                     )
**LINDSAY NORMAN**, Individually and in         )
His former capacity as President of             )
Massachusetts Bay Community College,            )
**PAULA GASTENVELD**, Individually and          )   C.A. NO. 05-11429-RWZ
In her former capacity as Vice-President of     )
Massachusetts Bay Community College,            )
**GHAZI DARKAZALLI**, Individually and          )
In his capacity as Dean at Massachusetts        )
Bay Community College,                          )
**THOMAS SABBAGH**,                             )
**LAURIE TAYLOR**, Individually and in her      )
Capacity as Vice-President of Massachusetts     )
Bay Community College                           )
              Defendants.            )
_____             )

### DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S MOTIONS TO AMEND THE COMPLAINT AND ADD A PARTY

Defendants request this Court to strike Plaintiff's motions to amend the complaint and add a party in this matter for the following reasons:

1. This motion was filed electronically on Friday afternoon, January 13th without consulting counsel pursuant to Local Rule 7.1.[1]

2. Dr. Carole Joseph, President of the Massachusetts Bay Community College was not the President of the College at the time of the events alleged in the instant case.

3. Dr. Joseph executed a letter on October 19, 2005 reinstating Dr. Jackson

---

[1] On December 27, 2005 counsel received by U.S mail a "corrected version of a motion to be filed requesting to add Dr. Joseph as a named defendant in the above captioned case."

1

to the faculty of Massachusetts Bay Community College.

4. Plaintiff now adds both Dr. Jackson as a named defendant in this case and a count of retaliation.

5. Dr. Jackson lacks any direct evidence of retaliation.

For the reasons stated above, and the previously submitted memorandum of law in support of the motion to dismiss, the Defendants respectfully request that this Court deny Dr. Jackson's meritless motions.

    Respectfully Submitted,
    COMMONWEALTH OF MASSACHUSETTS

    By its Attorneys,

    THOMAS F. REILLY
    ATTORNEY GENERAL

    /s/ Teresa Walsh_____
    Teresa Walsh, BBO# 550047
    Assistant Attorney General
    Office of The Attorney General
    Government Bureau/Trial Division
    One Ashburton Place, Room 1813
    Boston, MA 02108
    (617) 727-2200 x3335
    teresa.walsh@ago.state.ma.us

Dated: February 15, 2006