UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
**BRUCE JACKSON**,                            )
             Plaintiff,                     )
                                           )
v.                                            )
                                           )
**LINDSAY NORMAN**, Individually and in )
His former capacity as President of           )
Massachusetts Bay Community College,          )
**PAULA GASTEN VELD**, Individually and )    C.A. NO. 05-11429-RWZ
In her former capacity as Vice-President of   )
Massachusetts Bay Community College,          )
**GHAZI DARKAZALLI**, Individually and )
In His capacity as Dean at Massachusetts      )
Bay Community College,                        )
**THOMAS SABBAGH**,                           )
**LAURIE TAYLOR**, Individually and in her
Capacity as Vice-President of Massachusetts   )
Bay Community College                         )
             Defendants.                    )
_____)

**DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

       Defendants request this Court to strike Plaintiff's Motion for Summary Judgment for the following reasons:

       1. This motion was filed electronically on Friday afternoon, January 13th without consulting counsel pursuant to Local Rule 7.1.

       2. This Court has not ruled on Defendant's Motion to Dismiss filed in October, 2005 which raises the same issues Plaintiff demands relief on in this instant motion, namely whether Plaintiff's civil rights were violated under 42 U.S.C. §1983, and whether Defendants are liable for damages in their individual and official capacities.

       3. No discovery has been conducted in this case. The Arbitration Opinion & Award in this matter dated September 12, 2005 considered whether the College had just

cause to dismiss Dr. Jackson and if not, whether the decision by the College was arbitrary, capricious or unreasonable. The Opinion did not discuss the Plaintiff's claims in this lawsuit .[1]

4. Plaintiff is simultaneously seeking to amend his complaint, add another party and move for summary judgment. [2]

5. Plaintiff's dismissal has been rescinded and he may resume teaching and faculty duties in the spring of 2006. Plaintiff was notified by letter dated October 19, 2005, executed by Dr. Carole M. Joseph, President, that he had been reinstated. Plaintiff now adds Dr. Joseph as a named defendant in this lawsuit.

For the reasons stated above, and the previously submitted memorandum of law in support of the motion to dismiss, the Defendants respectfully request that this Court deny Dr. Jackson's meritless motion.

Respectfully Submitted,
COMMONWEALTH OF MASSACHUSETTS

By its Attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Teresa Walsh_____
Teresa Walsh, BBO# 550047
Assistant Attorney General
Office of The Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA 02108
(617) 727-2200 x3335
teresa.walsh@ago.state.ma.us

Dated   February 15, 2006

---

[1] This lawsuit follows that in Jackson v. Norman, et al. CA No 02-11525 where this Court granted defendant's motion to dismiss.

[2] Plaintiff's memorandum of law is captioned "Plaintiff's Memorandum in Support of Motion to Amend and of Motion for Summary Judgment". Plaintiff's motion is captioned "Amended Complaint with Supplemental Pleadings."