UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| **BRUCE A. JACKSON**, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **LINDSAY NORMAN**, Individually and in ) | |
| His former capacity as President of ) | |
| Massachusetts Bay Community College, ) | |
| **PAULA GASTEN VELD**, Individually and ) | C.A. NO. 05-11429-RWZ |
| In her former capacity as Vice-President of ) | |
| Massachusetts Bay Community College, ) | |
| **GHAZI DARKAZALLI**, Individually and ) | |
| In His capacity as Dean at Massachusetts ) | |
| Bay Community College, ) | |
| **THOMAS SABBAGH**, Individually and ) | |
| In his former capacity as Associate Dean ) | |
| Of Massachusetts Bay Community ) | |
| College ) | |
| **LAURIE TAYLOR**, Individually and in her) | |
| Capacity as Vice-President of Massachusetts) | |
| Bay Community College ) | |
| Defendants. ) | |

_____)

## DEFENDANTS' 7.1 CERTIFICATE

Pursuant to Local Rule 7.1, the undersigned Teresa Walsh hereby certifies that as counsel to defendants she telephoned the plaintiff, Sam Silverman, on Wednesday, February 8, 2006 and suggested how this action might be resolved.

DEFENDANTS,

By their Attorneys,

THOMAS F. REILLY

-2-

ATTORNEY GENERAL

/s/ Teresa Walsh
Teresa Walsh, BBO # 550047
Assistant Attorney General
Trial Division
One Ashburton Place
Boston, Massachusetts 02l08
Tel. No. 617-727-2200, ext. 3335

Dated: February 15, 2006