## **CERTIFICATE OF SERVICE**

      I, Teresa Walsh, Assistant Attorney General, hereby certify that I have this day, February 15, 2006, served the foregoing **Defendants' Motion to Strike Plaintiff's Motions to Amend the Complaint and Add a Party; Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment; and Defendants' 7.1 Certificate**, upon all parties, by electronically filing to:


Sam Silverman, Esquire
18 Ingleside Road
Lexington, MA 02420

Laurie Taylor
Vice President of Massachusetts Bay
 Community College
Massachusetts Community Colleges
c/o Middlesex Community College
Springs Road Building 2
Bedford, MA  01730


                /s/  Teresa Walsh_____
                Teresa Walsh, Assistant Attorney General
                Government Bureau/Trial Division