## **CERTIFICATE OF SERVICE**

      I, Teresa Walsh, Assistant Attorney General, hereby certify that I have this day, September 2, 2005, served the foregoing **Defendants' Opposition to Plaintiff's Motion For Reconsideration**, upon Plaintiff's counsel by Electronically sending a copy to his email address. smpr@rcn.com

      /s/ Teresa Walsh_____
      Teresa Walsh, Assistant Attorney General
      Government Bureau/Trial Division