COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
C. A. No. 05-11429-RWZ

BRUCE JACKSON     )
                  )
    Plaintiff,    )
                  )
    v.            )
                  )
LINDSAY NORMAN, Individually and in his former )
capacity as President of Massachusetts Bay Community College, Paula )
Gastenveld, Individually and in her former capacity as Vice-President )
of Massachusetts Bay Community College, Ghazi Darkazalli, )
Individually and in his capacity as Dean at Massachusetts Bay )
Community College, Thomas Sabbagh, Individually and in his former )
capacity as Associate Dean at Massachusetts Bay Community College, )
Laurie Taylor, Individually and in her capacity as Vice-President of )
Massachusetts Bay Community College, )
                  )
    Defendants.   )
                  )

**Defendant's Assented to Motion to Set a Date for a Scheduling Conference and continue Pretrial Conference**

The parties in this action, through undersigned counsel, respectfully request that this Court continue the pre-trial conference currently set for July 26th for the following reasons: No scheduling conference as provided by Local Rule 16.1 has been set. Accordingly, the parties have not conferred on this case. The parties further request, due to their respective schedules, that the scheduling conference take place the week of September 11, 2006.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | LINDSAY NORMAN, et al. |
| Telephonically Assented to: | By his attorneys, |
| BRUCE JACKSON | THOMAS F. REILLY |
|  | ATTORNEY GENERAL |

By his attorney,

/s/Sam Silverman	/s/Teresa Walsh
Sam Silverman, BBO No. 462930	Teresa Walsh, BBO No.550047
18 Ingleside Road	Trial Division ext.2578
Lexington, MA 02420	Office of the Attorney General
	One Ashburton Place, 18th Floor
	Boston, MA 02108

Dated:
July 24, 2006

## CERTIFICATE OF SERVICE

I, Teresa Walsh, Assistant Attorney General, hereby certify that I have this day, July 24, 2006, served the foregoing **Defendant's Assented to Motion to Set a Date for a Scheduling Conference and Continue Pretrial Conference**, upon all parties, by electronically filing to:

Sam Silverman, Esquire
18 Ingleside Road
Lexington, MA 02420

/s/ Teresa Walsh
Teresa Walsh, Assistant Attorney General
Government Bureau/Trial Division