UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRUCE A. JACKSON**, )<br>            Plaintiff, )<br>)<br>v. )<br>)<br>**LINDSAY NORMAN**, Individually and in )<br>His former capacity as President of )<br>Massachusetts Bay Community College, )<br>**PAULA GASTEN VELD**, Individually and )<br>In her former capacity as Vice-President of )<br>Massachusetts Bay Community College, )<br>**GHAZI DARKAZALLI**, Individually and )<br>In his capacity as Dean at Massachusetts )<br>Bay Community College, )<br>**THOMAS SABBAGH**, Individually and )<br>In his former capacity as Associate Dean )<br>At Massachusetts Bay Community College )<br>**LAURIE TAYLOR**, Individually and in )<br>Her former Capacity as Vice-President of )<br>Massachusetts Bay Community College )<br>            Defendants. )<br>) | C.A. NO. 05-11429-RWZ |

**DEFENDANTS' MOTION IN OPPOSITION TO WITHDRAWAL OF COUNSEL**

The defendants in this action oppose plaintiff's Motion To Disqualify And Order Withdrawal of Defendant's Counsel to the extent that there is no basis for the Motion.

1. The defendants requested representation from the Attorney General's Office in the form of representation letters.

2. The defendants were acting in the scope of their employment of a state entity, the Massachusetts Bay Community College, at the time of the allegations in the complaint.

3. The defendants are being sued in their official and individual capacities.

4. The Court dismissed this action as to all defendants in their official capacities.

5. Defendants remain in this action in their individual capacities.

1

6. The Attorney General is authorized to represent these named defendants pursuant to M.G.L. c.12 §3.

>Respectfully Submitted,
>COMMONWEALTH OF MASSACHUSETTS
>
>By its Attorneys,
>
>THOMAS F. REILLY
>ATTORNEY GENERAL
>
>/s/ Teresa Walsh
>Teresa Walsh,  BBO# 550047
>Assistant Attorney General
>Office of The Attorney General
>Government Bureau/Trial Division
>One Ashburton Place, Room 1813
>Boston, MA 02108
>(617) 727-2200 x2578
>teresa.walsh@ago.state.ma.us

Dated: November 21, 2006

## CERTIFICATE OF SERVICE

I, Teresa Walsh, Assistant Attorney General, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants by first class mail, postage prepaid.

>/s/Teresa Walsh
>Teresa Walsh
>Assistant Attorney General
>Trial Division

Dated:  November 21, 2006

2