UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**BRUCE JACKSON**,
               Plaintiff,

v.

**LINDSAY NORMAN**, Individually and in
His former capacity as President of
Massachusetts Bay Community College,
**PAULA GASTEN VELD**, Individually and
In her former capacity as Vice-President of
Massachusetts Bay Community College,
**GHAZI DARKAZALLI**, Individually and
In His capacity as Dean at Massachusetts
Bay Community College,
**THOMAS SABBAGH**,
**LAURIE TAYLOR**, Individually and in he
Capacity as Vice-President of Massachusetts
Bay Community College
               Defendants.

C.A. NO.  05-11429-RWZ

## DEFENDANTS' ANSWER

      The Defendants in this action, Lindsay Norman, Paula Gastenveld, Ghazi Darkazalli, Thomas Sabbagh, and Laurie Taylor ("the Defendants") respond to the complaint as follows:

### "Summary"

1. As to the first sentence, the defendants deny plaintiff's allegation that this case arises from the dismissal of a Chandrakant Panse, an individual who is not a party in this action.  The plaintiffs deny the remaining language of this sentence to the extent that it suggests that there is any viable cause of action in this matter arising from his dismissal.

   The Defendants admit that several actions took place including procedures, as the plaintiff admits, prescribed by the terms of the pertinent Collective Bargaining Agreement.  Since the arbitration decision was issued, although the arbitrator retained jurisdiction, that allegation is now moot.  The Defendants admit the remaining allegations in this paragraph.

2. Since any and all records of matters before the then-named Massachusetts Division of Employment and Training speak for themselves, this paragraph requires no response.

3. Since other actions filed in this Court and/or appealed to the United States Court of Appeals for the First Circuit speak for themselves, any reference to those actions require no response. As further answer, any action pertaining to a non-party is irrelevant to this action.

## "Parties"

6[1]. The Defendants are without knowledge or information sufficient to form a belief concerning the allegations in this paragraph.

7. Admitted.

8. Admitted.

## "Jurisdiction"

9 - 11. The allegations in these paragraphs are legal conclusions that require no response.

## "Facts"

12. Admitted.

13. The Defendants deny that all of the plaintiff's students come from under-represented groups. The defendants also deny the last sentence of this paragraph. The Defendants admit the remaining allegations in this paragraph.

14. Admitted.

15. Admitted.

16. The Defendants deny that the arbitration process has not been completed, and admit the remaining allegations in this paragraph.

17. Denied.

18. Denied.

## DEFENSES

## FIRST DEFENSE

The plaintiff has failed to state a claim upon which relief can be granted

## SECOND DEFENSE

The plaintiff has failed to mitigate his damages

---

[1] The complaint contains no paragraphs numbered 4 or 5.

2

### THIRD DEFENSE

Since the Defendants did not violate any clearly established right of which they should have reasonably been aware, they are entitled to qualified immunity.

### FOURTH DEFENSE

Every step taken by the Defendants was lawful and pursuant to the CBA, the by-laws of the Board of Trustees, the entity with statutory authority to do so, and/or pertinent law.

### FIFTH DEFENSE

Since an employee facing discharge is not entitled to a hearing before an impartial decision-maker and plaintiff cannot make a specific demonstration of partiality, his claim fails as a matter of law.

### SIXTH DEFENSE

Defendant intends to rely upon such other and further defenses that may become available or apparent during discovery and reserves the right to amend the answer to assert any such defenses

> Respectfully Submitted,
> DEFENDANTS
>
> By their attorneys,
> THOMAS F. REILLY
> ATTORNEY GENERAL
>
> /s/    Maite A. Parsi    .
> Maite A. Parsi, BBO #555009
> Teresa Walsh, BBO# 550047
> Assistant Attorneys General
> Office of The Attorney General
> Government Bureau/Trial Division
> One Ashburton Place, Room 1813
> Boston, MA 02108
> (617) 727-2200 x2572 (Parsi)
> (617 727-2200 x2578 (Walsh)
> maite.parsi@ago.state.ma.us
> teresa.walsh@ago.state.ma.us

Dated:  December 7, 2006

4

CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the attorney of record for the plaintiff on this date via electronic means.

                                  /s/ Maite A. Parsi          .
                         Maite A. Parsi, Assistant Attorney General

Dated: December 7, 2006