UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

**BRUCE JACKSON**,

         Plaintiff,

v.

**LINDSAY NORMAN**, Individually and in His former capacity as President of Massachusetts Bay Community College,
**PAULA GASTEN VELD**, Individually and In her former capacity as Vice-President of Massachusetts Bay Community College,
**GHAZI DARKAZALLI**, Individually and In His capacity as Dean at Massachusetts Bay Community College,
**THOMAS SABBAGH**,
**LAURIE TAYLOR**, Individually and in he Capacity as Vice-President of Massachusetts Bay Community College

         Defendants.

C.A. NO. 05-11429-RWZ

---

## CERTIFICATION PURSUANT TO RULE 7.1(A)(2)

    Undersigned counsel certifies that during a telephone conversation on December 28, 2006, she discussed this case with plaintiff's counsel in an unsuccessful attempt to narrow the issues.

         DEFENDANTS
         By their attorneys,
         THOMAS F. REILLY
         ATTORNEY GENERAL
         /s/ Maite A. Parsi
         Maite A. Parsi, BBO #554009
         Teresa Walsh, BBO# 550047
         Assistant Attorneys General
         Office of The Attorney General
         Government Bureau/Trial Division
         One Ashburton Place, Room 1813
         Boston, MA 02108
         (617) 727-2200 x2572 (Parsi)
         (617 727-2200 x2578 (Walsh)
         maite.parsi@ago.state.ma.us

Dated: December 29, 2006        teresa.walsh@ago.state.ma.us

CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party, listed below, on this date via electronic means.

                                                              /s/ Maite A. Parsi
                                                              Maite A. Parsi

Dated: December 29, 2006