UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11429 RWZ

BRUCE JACKSON

V.

LINDSAY NORMAN, Individually and in his former capacity as President of Massachusetts Bay Community College; PAULA GASTENVELD, Individually and in her former capacity as Vice-President of Massachusetts Bay Community College; GHAZI DARKAZALLI, Individually and in his capacity as Dean at Massachusetts Bay Community College; THOMAS SABBAGH, Individually and in his former capacity as Associate Dean at Massachusetts Bay Community College; LAURIE TAYLOR, Individually and in her capacity as Vice-President of Massachusetts Bay Community College

## PLAINTIFF'S MOTION TO ENLARGE PAGES AND MEMORANDUM IN SUPPORT

1. Plaintiff will be submitting a motion on or before February 15, for summary judgment, as required by the Court in the pre-trial conference of 13 December 2006.

2. The motion for summary judgment will be based on alleged violations of Plaintiff's civil rights by (a) constitutional right to an impartial arbiter at every stage of the proceedings; (b) a right to equal treatment; (c) a right to procedural due process due to lack of notice that his conduct could lead to dismissal; and (d) a possible violation of his due process rights due to asymmetrical evidentiary rulings.

3. Local Rule 7.1(B)(4) states that memoranda supporting a motion shall not, without leave of court, exceed twenty pages, double spaced.

4. Each of the possible bases listed in (2) above could easily take up a significant fraction of the twenty pages allowed, and altogether more than twenty pages are needed to provide the factual and legal background for an appropriate decision.

5. Plaintiff thereby request this Honorable Court to give leave to enlarge the number of pages in the memorandum supporting the motion for summary judgment to greater than twenty pages but not to exceed thirty pages.

6. Defendant's attorneys, by email, state that they will not oppose this motion.

Dated:  5 February 2007

/s/ *Sam Silverman*_____

SAM SILVERMAN, BBO No. 462930
18 Ingleside Road
Lexington, Massachusetts 02420-2522
(781) 861-0368
smpr111@verizon.net
Attorney for Dr. Jackson,  Plaintiff

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1 I emailed  the essence of the proposed motion to defendants attorneys on 31 January 2007, and spoke to Attorney Walsh about this on 1 February 2007..  An email from Defendant's attorney Parsi was received on 2 February 2007 stating that they will not oppose the motion.

/s/ Sam Silverman_____
Sam Silverman, BBO No. 462930
 18 Ingleside Road
 Lexington, Massachusetts 02420
 (781) 861-0368
 smpr111@verizon.net
 Attorney for Plaintiff