UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
BRUCE A. JACKSON,                  )
                 Plaintiff,        )
                                   )
v.                                 )
                                   )
LINDSAY NORMAN,                    )
PAULA GASTEN VELD,                 )
GHAZI DARKAZALLI,                  )
THOMAS SABBAGH,                    )
LAURIE TAYLOR,                     )
                 Defendants        )
_____)
```

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The defendants in their individual capacities move pursuant to Fed. R. Civ. P. 56 for summary judgment in their favor and rely on its Memorandum of Law in support thereof .

Plaintiff Bruce Jackson ("Jackson") has brought this 42 U.S.C. § 1983 action against various officials of the Massachusetts Bay Community College (" the College") for violation of due process rights under both the United States and Massachusetts constitutions. These allegations stem from a termination process set forth in the Collective Bargaining Agreement ("CBA") between the Union and the Board of Higher Education which governs the terms of Jackson's employment. Jackson was dismissed from his employment in August, 2002 and now seeks damages.

The defendants are entitled to summary judgment as a matter of law because Jackson received all procedural process that was due and he was not subjected to any violation of substantive due process. Even if Jackson's due process rights were violated,

defendants are not liable on the grounds of qualified immunity because such error would not have been apparent to similarly situated officials.

.

        Respectfully submitted,

        DEFENDANTS

        LINDSAY NORMAN, PAULA GASTENVELD, LAURIE TAYLOR, GHAZI DARKAZALLI, THOMAS SABBAGH, in their individual capacities,

        By its Attorneys,

        MARTHA COAKLEY
        ATTORNEY GENERAL

        /s/ Teresa Walsh
        Teresa Walsh, BBO# 550047
        Assistant Attorney General
        Office of The Attorney General
        Government Bureau/Trial Division
        One Ashburton Place, Room 1813
        Boston, MA 02108
        (617) 727-2200 x2578
        teresa.walsh@ago.state.ma.us

Dated: February 8, 2007