UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRUCE A. JACKSON**, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **LINDSAY NORMAN**, | ) |
| **PAULA GASTEN VELD**, | ) |
| **GHAZI DARKAZALLI,** | ) |
| **THOMAS SABBAGH**, | ) |
| **LAURIE TAYLOR**, | ) |
| Defendants | ) |
| | ) |

## NOTICE OF FILING PURSUANT TO LOCAL RULE 77.1

Defendants' Motion for Summary Judgment, Defendants' Memorandum in Support of Their Motion for Summary Judgment and Defendants' 7.1 Certificate were E-Filed on February 8, 2007. Exhibits A-N in Support of Defendants' Motion for Summary Judgment are being hand-delivered to the Court and are being served by mail to: Sam Silverman, Esquire, 18 Ingleside Road; Lexington, MA 02420.

The original documents will be maintained in the case file in the Clerk's Office.

Respectfully submitted,

DEFENDANTS,

LINDSAY NORMAN, PAULA GASTENVELD, LAURIE TAYLOR, GHAZI DARKAZALLI, THOMAS SABBAGH, in their individual capacities,

By their Attorney,
MARTHA COAKLEY
ATTORNEY GENERAL

/s/ Teresa Walsh
Teresa Walsh
Assistant Attorney General
Trial Division
One Ashburton Place
Boston, Massachusetts 02l08

Dated:  February 8, 2007     Tel. No. 617-727-2200, ext. 2578