# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRUCE A. JACKSON**, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **LINDSAY NORMAN**, | ) |
| **PAULA GASTEN VELD**, | ) |
| **GHAZI DARKAZALLI,** | ) |
| **THOMAS SABBAGH**, | ) |
| **LAURIE TAYLOR**, | ) |
| Defendants | ) |

## DEFENDANTS' 7.1 CERTIFICATE

Pursuant to Local Rule 7.1, the undersigned Teresa Walsh hereby certifies that as counsel to defendants she telephoned the plaintiff's counsel, Sam Silverman, on Thursday, February 8, 2007 and suggested how this action might be resolved.

Respectfully submitted,

DEFENDANTS,

LINDSAY NORMAN, PAULA GASTENVELD, LAURIE TAYLOR, GHAZI DARKAZALLI, THOMAS SABBAGH, in their individual capacities,

By their Attorneys,
MARTHA COAKLEY
ATTORNEY GENERAL

/s/ Teresa Walsh
Teresa Walsh, BBO # 550047
Assistant Attorney General
Trial Division
One Ashburton Place
Boston, Massachusetts 02l08
Dated:  February 8, 2007    Tel. No. 617-727-2200, ext. 2578