UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
**BRUCE A. JACKSON**,              )
                Plaintiff,              )
                              )
v.                                 )
                              )
**LINDSAY NORMAN**,                )
**PAULA GASTEN VELD**,             )
**GHAZI DARKAZALLI,**              )
**THOMAS SABBAGH**,                )
**LAURIE TAYLOR**,                 )
                Defendants           )
_____)

## CERTIFICATE OF SERVICE

     I, Teresa Walsh, Assistant Attorney General, hereby certify that the following documents being filed through the ECF system will be sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants by first class mail, postage prepaid.

      (1)    Defendants' Motion for Summary Judgment;
      (2)    Defendants' Memorandum in Support of Their Motion for Summary Judgment;
      (3)    Notice of Filing Pursuant to Local Rule 77.1; and
      (4)    Defendants' 7.1 Certificate.

                                       /s/Teresa Walsh
                                       Teresa Walsh
                                       Assistant Attorney General
                                       Trial Division

Dated:  February 8, 2007