UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRUCE JACKSON,<br>　　　　Plaintiff,<br><br>vs.<br><br>LINDSAY NORMAN,<br>PAULA GASTENVELD,<br>GHAZI DARKAZALLI,<br>THOMAS SABBACH,<br>LAURIE TAYLOR,<br>in their individual capacities, | )<br>)<br>)<br>)　C.A. No. 05-11429-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING PURSUANT
TO LOCAL RULE 77.1**

　　　Defendants' Memorandum in Opposition to Plaintiff's Motion for Summary Judgment was E-Filed on March 14, 2007. Exhibits A-T in Support are being hand-delivered to the Court.

　　　The original documents will be maintained in the case file in the Clerk's Office.

　　　　　　　　　　　　　　　　　　/s/ Teresa Walsh
　　　　　　　　　　　　　　　　　　Teresa Walsh