UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11429 RWZ

BRUCE JACKSON

   V.

LINDSAY NORMAN, Individually and in his former capacity as President of Massachusetts Bay Community College; PAULA GASTENVELD, Individually and in her former capacity as Vice-President of Massachusetts Bay Community College; GHAZI DARKAZALLI, Individually and in his capacity as Dean at Massachusetts Bay Community College; THOMAS SABBAGH, Individually and in his former capacity as Associate Dean at Massachusetts Bay Community College; LAURIE TAYLOR, Individually and in her capacity as Vice-President of Massachusetts Bay Community College

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE AND

MEMORANDUM

1. Defendants' motion to strike affidavits introduced by Plaintiff must be denied. Fed. R. Evidence 801(d)(2)(A) is dispositive: "(d) A statement is not hearsay if -- … (2) *Admission by party-opponent*. The statement is offered against a party and is (A) his own statement, in either his individual or a representative capacity."

2. The statements in each affidavit are against parties, and are their own statements.

3. See, e.g., *United States v. Matlock*, 415 U.S. 164, 172; 94 S. Ct. 988; 39 L. Ed. 2d 242 (1974) (parties' own out-of-court admissions surmount all objections based on the hearsay rule and are admissible for whatever inferences the trial judge can reasonably draw); *United States v. Perez-Montanez*, 202 F.3d 434, 439 (1st Cir.2000) (statements by party not hearsay, admissible against the declarant as a party admission under Fed. R. Evid. 801(d)(2)(A)); *United States v. Otero-Mendez*, 273 F.3d 46, 53 (1st Cir. 2001) (out-

of-court statement not hearsay if offered against the party and is the party's own statement); *Kassel v. Gannett Co.*, 875 F.2d 935, 952 (1st Cir. 1989)(party's own statement not hearsay if offered against the party); *United States v. Palow*, 777 F.2d 52, 56 (1st Cir. 1985) ("Rule 801(d)(2)(A) simply requires that the admission at issue be contrary to a party's position at trial.").

Dated: 17 March 2007

/s/ *Sam Silverman*_____

SAM SILVERMAN, BBO No. 462930
18 Ingleside Road
Lexington, Massachusetts 02420
(781) 861-0368
Smpr111@verizon.net
Attorney for Dr. Jackson, Plaintiff