## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

 BRUCE A. JACKSON

              **Plaintiff**

     **V.**

 LINDSAY NORMAN ET AL

            **Defendant**

**CIVIL ACTION**

**NO.  05CV11429-RWZ**

### JUDGMENT

 **ZOBEL, D. J.**

   In accordance with the **MEMORANDUM OF DECISION** entered on 8/21/07;

**Judgment is entered for DEFENDANTS..**

              **By the Court,**


   **8/22/07**
**Date**

           **s/ Lisa A. Urso**
           **Deputy Clerk**