UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11429 RWZ

BRUCE JACKSON

   V.

LINDSAY NORMAN; PAULA GASTENVELD; GHAZI DARKAZALLI; THOMAS SABBAGH ; LAURIE TAYLOR

NOTICE OF APPEAL

Notice is hereby given that Bruce Jackson, Plaintiff, above named, hereby appeals from the final judgment entered in the above entitled action on 22 August 2007.

Dated: 29 August 2007

                                          Respectfully submitted,
                                          Bruce Jackson
                                          By his attorney,

                                          /s/ Sam Silverman
                                          Sam Silverman, BBO No. 462930
                                          18 Ingleside Road
                                          Lexington, MA  02420-2522
                                          (781) 861-0368
                                          smpr111@verizon.net