UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11429

Bruce Jackson

v.

Lindsay Norman, et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-63

and contained in I & II Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/29/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 6, 2007.

Sarah A Thornton, Clerk of Court

By /s/ _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/6/07.

/s/ Barchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-11429-RWZ

| | |
|---|---|
| Jackson v. Norman et al<br>Assigned to: Judge Rya W. Zobel<br>Cause: 28:1983 Civil Rights | Date Filed: 07/07/2005<br>Date Terminated: 08/22/2007<br>Jury Demand: None<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**Bruce Jackson**     represented by **Sam Silverman**
18 Ingleside Road
Lexington, MA 02420
781-861-0368
Email: smpr111@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lindsay Norman**
*Individually and in his former capacity*
*as President of Massachusetts Bay*
*Comunity College*

represented by **Maite A. Parsi**
Attorney General's Office
Government Bureau/Trial Division
One Ashburton Place
18th Floor
Boston, MA 02108-1598
617-727-2200 ext.2572
Fax: 617-727-3076
Email: maite.parsi@state.ma.us
*ATTORNEY TO BE NOTICED*

**Teresa J. Walsh**
Office of the Attorney General
One Ashburton Place
Room 1813
Boston, MA 02108
617-727-2200
Fax: 617-727-3118
Email: teresa.walsh@ago.state.ma.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paula Gastenveld**
*Individually and in her former capacity*

represented by **Maite A. Parsi**
(See above for address)

| | |
|---|---|
| as Vice-President of Massachusetts Bay Community College | ATTORNEY TO BE NOTICED<br><br>**Teresa J. Walsh**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Ghazi Darkazalli**<br>*Individually and in his capacity as Dean at Massachusetts Bay Community College* | represented by **Maite A. Parsi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Teresa J. Walsh**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Laurie Taylor**<br>*Individually and in her capacity as Vice-President of Massachusetts Bay Community College* | represented by **Maite A. Parsi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Teresa J. Walsh**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Thomas Sabbagh**<br>*Individually and in his former capacity as Associate Dean at Massachusetts Bay Community College* | represented by **Maite A. Parsi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Teresa J. Walsh**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Commonwealth of Massachusetts** | represented by **Maite A. Parsi**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Teresa J. Walsh**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2005 | 1 | COMPLAINT against Lindsay Norman, Paula Gastenveld, Ghazi Darkazalli, Laurie Taylor Filing fee: $ 250, receipt number 65437, filed by Bruce Jackson. (Attachments: # 1 Civil Cover Sheet)(Johnson, Jay) |

| | | |
|---|---|---|
| | | (Entered: 07/11/2005) |
| 07/07/2005 | 🌀 | Summons Issued as to Thomas Sabbagh, Lindsay Norman, Paula Gastenveld, Ghazi Darkazalli, Laurie Taylor. (Johnson, Jay) (Entered: 07/11/2005) |
| 07/07/2005 | 🌀 | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Johnson, Jay) (Entered: 07/11/2005) |
| 07/27/2005 | 2 | NOTICE of Appearance by Teresa H. Walsh on behalf of Commonwealth of Massachusetts (Johnson, Jay) (Entered: 08/02/2005) |
| 07/27/2005 | 3 | NOTICE of Appearance by Maite A. Parsi on behalf of Commonwealth of Massachusetts (Johnson, Jay) (Entered: 08/02/2005) |
| 08/18/2005 | 4 | WAIVER OF SERVICE Returned Executed Ghazi Darkazalli waiver sent on 8/1/2005, answer due 9/30/2005. (Attachments: # 1)(Walsh, Teresa) (Entered: 08/18/2005) |
| 08/18/2005 | 5 | WAIVER OF SERVICE Returned Executed Laurie Taylor waiver sent on 7/22/2005, answer due 9/20/2005. (Attachments: # 1)(Walsh, Teresa) (Entered: 08/18/2005) |
| 08/18/2005 | 6 | WAIVER OF SERVICE Returned Executed Lindsay Norman waiver sent on 7/23/2005, answer due 9/21/2005. (Attachments: # 1)(Walsh, Teresa) (Entered: 08/18/2005) |
| 08/25/2005 | 7 | WAIVER OF SERVICE Returned Executed Thomas Sabbagh waiver sent on 7/7/2005, answer due 9/6/2005. (Johnson, Jay) (Entered: 08/30/2005) |
| 08/25/2005 | 8 | WAIVER OF SERVICE Returned Executed Paula Gastenveld waiver sent on 7/7/2005, answer due 9/6/2005. (Johnson, Jay) (Entered: 08/30/2005) |
| 09/02/2005 | 9 | MOTION for Extension of Time to October 7, 2005 to Due to conflicting trial schedule by Thomas Sabbagh, Commonwealth of Massachusetts, Lindsay Norman, Paula Gastenveld, Ghazi Darkazalli, Laurie Taylor. (Attachments: # 1)(Walsh, Teresa) (Entered: 09/02/2005) |
| 09/02/2005 | 10 | MOTION for Extension of Time to October 7, 2005 to To respond to complaint due to conflicting trial schedule by Thomas Sabbagh, Commonwealth of Massachusetts, Lindsay Norman, Paula Gastenveld, Ghazi Darkazalli, Laurie Taylor. (Attachments: # 1 Affidavit affidavit of counsel# 2 certificate of service# 3)(Walsh, Teresa) Additional attachment(s) added on 9/6/2005 (Johnson, Jay). (Entered: 09/02/2005) |
| 09/06/2005 | 🌀 | Notice of correction to docket made by Court staff. Correction: #9 "Motion for Extension of time" corrected because: WRONG EVENT. The pleading filed is an affidavit. #10 is a corrected version of number 9 (Johnson, Jay) Modified on 9/6/2005 (Johnson, Jay). (Entered: 09/06/2005) |
| | 🌀 | |

| 09/06/2005 | | Notice of correction to docket made by Court staff. Correction: #10 Motion for extension of time corrected because: No Signature. This filer should call the clerks office before making any further electronic filings. An e-mail will be sent describing the fix. (Johnson, Jay) (Entered: 09/06/2005) |
|---|---|---|
| 09/07/2005 | | Judge Rya W. Zobel : Electronic ORDER entered granting 9 Motion for Extension of Time, granting 10 Motion for Extension of Time. Answer due 10/7/05 (Urso, Lisa) (Entered: 09/07/2005) |
| 10/05/2005 | 11 | MOTION to Dismiss by Thomas Sabbagh, Commonwealth of Massachusetts, Lindsay Norman, Paula Gastenveld, Ghazi Darkazalli, Laurie Taylor.(Walsh, Teresa) (Entered: 10/05/2005) |
| 10/05/2005 | 12 | MEMORANDUM in Support re 11 MOTION to Dismiss filed by Thomas Sabbagh, Commonwealth of Massachusetts, Lindsay Norman, Paula Gastenveld, Ghazi Darkazalli, Laurie Taylor. (Walsh, Teresa) (Entered: 10/05/2005) |
| 10/05/2005 | 13 | CERTIFICATE OF CONSULTATION *relating to Defendants' Motion to Dismiss Complaint* by Teresa H. Walsh on behalf of Thomas Sabbagh, Commonwealth of Massachusetts, Lindsay Norman, Paula Gastenveld, Ghazi Darkazalli, Laurie Taylor. (Walsh, Teresa) (Entered: 10/05/2005) |
| 10/17/2005 | 14 | MEMORANDUM in Opposition re 11 MOTION to Dismiss filed by Bruce Jackson. (Silverman, Sam) (Entered: 10/17/2005) |
| 01/13/2006 | 15 | MOTION to Amend by Bruce Jackson. (Attachments: # 1 Text of Proposed Order Proposed amended complaint)(Silverman, Sam) (Entered: 01/13/2006) |
| 01/13/2006 | 16 | MOTION to Amend *by adding party* by Bruce Jackson. (Attachments: # 1 Exhibit Letter)(Silverman, Sam) Additional attachment(s) added on 1/17/2006 (Johnson, Jay). (Entered: 01/13/2006) |
| 01/13/2006 | 17 | MOTION for Summary Judgment by Bruce Jackson.(Silverman, Sam) (Entered: 01/13/2006) |
| 01/13/2006 | 18 | MEMORANDUM in Support re 15 MOTION to Amend, 17 MOTION for Summary Judgment filed by Bruce Jackson. (Silverman, Sam) (Entered: 01/13/2006) |
| 01/18/2006 | 19 | MOTION for Extension of Time to File Response/Reply by Thomas Sabbagh, Commonwealth of Massachusetts, Lindsay Norman, Paula Gastenveld, Ghazi Darkazalli, Laurie Taylor.(Walsh, Teresa) (Entered: 01/18/2006) |
| 01/18/2006 | 20 | AFFIDAVIT in Support *of Defendants' Assented to Motion to Enlarge Time to File Responsive Pleading*. (Walsh, Teresa) (Entered: 01/18/2006) |
| 01/18/2006 | | Judge Rya W. Zobel : Electronic ORDER entered granting 19 Motion for Extension of Time to File Response/Reply re 19 MOTION for Extension of Time to File Response/Reply Responses due by 2/27/2006 (Johnson, Jay) (Entered: 01/19/2006) |

| 02/15/2006 | 21 | MOTION to Strike *Plaintiff's Motions to Amend The Complaint and Add a Party* by Thomas Sabbagh, Commonwealth of Massachusetts, Lindsay Norman, Paula Gastenveld, Ghazi Darkazalli, Laurie Taylor.(Walsh, Teresa) (Entered: 02/15/2006) |
| --- | --- | --- |
| 02/15/2006 | 22 | MOTION to Strike *Plaintiff's Motion for Summary Judgment* by Thomas Sabbagh, Commonwealth of Massachusetts, Lindsay Norman, Paula Gastenveld, Ghazi Darkazalli, Laurie Taylor.(Walsh, Teresa) (Entered: 02/15/2006) |
| 02/15/2006 | 23 | CERTIFICATE OF CONSULTATION re 21 MOTION to Strike *Plaintiff's Motions to Amend The Complaint and Add a Party*, 22 MOTION to Strike *Plaintiff's Motion for Summary Judgment* by Teresa H. Walsh on behalf of Thomas Sabbagh, Commonwealth of Massachusetts, Lindsay Norman, Paula Gastenveld, Ghazi Darkazalli, Laurie Taylor. (Walsh, Teresa) (Entered: 02/15/2006) |
| 02/15/2006 | 24 | CERTIFICATE OF SERVICE by Thomas Sabbagh, Commonwealth of Massachusetts, Lindsay Norman, Paula Gastenveld, Ghazi Darkazalli, Laurie Taylor re 21 MOTION to Strike *Plaintiff's Motions to Amend The Complaint and Add a Party*, 22 MOTION to Strike *Plaintiff's Motion for Summary Judgment*, 23 Certificate of Consultation,. (Walsh, Teresa) (Entered: 02/15/2006) |
| 02/18/2006 | 25 | First MEMORANDUM in Opposition re 21 MOTION to Strike *Plaintiff's Motions to Amend The Complaint and Add a Party* filed by Bruce Jackson. (Silverman, Sam) (Entered: 02/18/2006) |
| 02/18/2006 | 26 | First MEMORANDUM in Opposition re 22 MOTION to Strike *Plaintiff's Motion for Summary Judgment* filed by Bruce Jackson. (Silverman, Sam) (Entered: 02/18/2006) |
| 06/19/2006 | 27 | Judge Rya W. Zobel : Memorandum of Decision entered granting in part and denying in part 11 Motion to Dismiss, allowed as to all defendants in their official capacities and denied as to all defendants in their individual capacities; denying 15 Motion to Amend, denying 16 Motion to Amend, denying 17 Motion for Summary Judgment, finding as moot 21 Motion to Strike, finding as moot 22 Motion to Strike (Urso, Lisa) (Entered: 06/20/2006) |
| 06/20/2006 |  | ELECTRONIC NOTICE of Hearing : Scheduling Conference set for 7/26/2006 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) Modified on 7/20/2006 (Johnson, Jay). (Entered: 06/20/2006) |
| 07/10/2006 | 28 | MOTION for Reconsideration re 27 Order on Motion to Dismiss,, Order on Motion to Amend,,,, Order on Motion for Summary Judgment,, Order on Motion to Strike,,, by Bruce Jackson.(Silverman, Sam) (Entered: 07/10/2006) |
| 07/10/2006 | 29 | MEMORANDUM in Support re 28 MOTION for Reconsideration re 27 Order on Motion to Dismiss,, Order on Motion to Amend,,,, Order on Motion for Summary Judgment,, Order on Motion to Strike,,, filed by Bruce Jackson. (Silverman, Sam) (Entered: 07/10/2006) |

| | | |
|---|---|---|
| 07/14/2006 | 30 | Opposition re 28 MOTION for Reconsideration re 27 Order on Motion to Dismiss,, Order on Motion to Amend,,,, Order on Motion for Summary Judgment,, Order on Motion to Strike,,, filed by all defendants. (Walsh, Teresa) (Entered: 07/14/2006) |
| 07/14/2006 | 31 | CERTIFICATE OF SERVICE by Thomas Sabbagh, Commonwealth of Massachusetts, Lindsay Norman, Paula Gastenveld, Ghazi Darkazalli, Laurie Taylor re 30 Opposition to Motion *for Reconsideration*. (Walsh, Teresa) (Entered: 07/14/2006) |
| 07/24/2006 | 32 | Assented to MOTION to Continue Scheduling Conference to week of 9/11/06 by all defendants.(Fauth, Lisa) (Entered: 07/24/2006) |
| 07/25/2006 | | Notice of correction to docket made by Court staff. Correction: #32 Motion to Continue corrected because: Attorney who files the pleading must sign the pleading. E-mail sent describing the fix. (Johnson, Jay) (Entered: 07/25/2006) |
| 07/26/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel : Telephone Conference held on 7/26/2006. Discovery to be completed by 11/30/2006. Pretrial Conference set for 12/6/2006 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 07/27/2006) |
| 07/28/2006 | | Judge Rya W. Zobel : endorsedORDER entered denying 28 Motion for Reconsideration, finding as moot 32 Motion to Continue (Urso, Lisa) (Entered: 07/28/2006) |
| 10/21/2006 | 33 | MOTION to Continue conference to 1/5/2007 by Bruce Jackson. (Silverman, Sam) (Entered: 10/21/2006) |
| 11/01/2006 | 34 | Opposition re 33 MOTION to Continue conference to 1/5/2007 *to the Extent That It Pesents Baseless Allegations* filed by all defendants. (Attachments: # 1)(Parsi, Maite) (Entered: 11/01/2006) |
| 11/03/2006 | | Judge Rya W. Zobel : endorsedORDER entered granting 33 Motion to Continue Pretrial Conference reset for 12/13/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 11/06/2006) |
| 11/14/2006 | 35 | MOTION to Disqualify Counsel by Bruce Jackson.(Silverman, Sam) (Entered: 11/14/2006) |
| 11/21/2006 | 36 | Opposition re 35 MOTION to Disqualify Counsel filed by all defendants. (Walsh, Teresa) (Entered: 11/21/2006) |
| 12/07/2006 | 37 | ANSWER to Complaint by Thomas Sabbagh, Lindsay Norman, Paula Gastenveld, Ghazi Darkazalli, Laurie Taylor.(Parsi, Maite) (Entered: 12/07/2006) |
| 12/08/2006 | 38 | PRETRIAL MEMORANDUM by Thomas Sabbagh, Commonwealth of Massachusetts, Lindsay Norman, Paula Gastenveld, Ghazi Darkazalli, Laurie Taylor. (Walsh, Teresa) Additional attachment(s) added on 12/8/2006 (Johnson, Jay). (Entered: 12/08/2006) |

| | | |
|---|---|---|
| 12/11/2006 | 39 | REPLY to Response to Motion re 35 MOTION to Disqualify Counsel filed by Bruce Jackson. (Silverman, Sam) (Entered: 12/11/2006) |
| 12/11/2006 | 40 | PRETRIAL MEMORANDUM by Bruce Jackson. (Silverman, Sam) (Entered: 12/11/2006) |
| 12/13/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel : Initial Pretrial Conference held on 12/13/2006. Motions filed 2/15/07; oppositions 3/15/07; reply of no more than 3 pages 3/22/07; Judge will decide on the papers; (Urso, Lisa) (Entered: 12/14/2006) |
| 12/14/2006 | | Judge Rya W. Zobel : endorsedORDER entered denying 35 Motion to Disqualify Counsel. (Urso, Lisa) (Entered: 12/14/2006) |
| 12/18/2006 | 41 | MOTION for Default Judgment as to Norman et al. by Bruce Jackson. (Silverman, Sam) (Entered: 12/18/2006) |
| 12/18/2006 | 42 | MEMORANDUM in Support re 41 MOTION for Default Judgment as to Norman et al. filed by Bruce Jackson. (Silverman, Sam) (Entered: 12/18/2006) |
| 12/29/2006 | 43 | MEMORANDUM in Opposition re 41 MOTION for Default Judgment as to Norman et al. *and motion to allow late answer nunc pro tunc* filed by all defendants. (Parsi, Maite) (Entered: 12/29/2006) |
| 12/29/2006 | 44 | CERTIFICATE OF CONSULTATION re 43 Memorandum in Opposition to Motion *for default judgment and motion to file answer late*. (Parsi, Maite) (Entered: 12/29/2006) |
| 01/02/2007 | 45 | REPLY to Response to Motion re 41 MOTION for Default Judgment as to Norman et al. filed by Bruce Jackson. (Silverman, Sam) (Entered: 01/02/2007) |
| 01/22/2007 | | Judge Rya W. Zobel : endorsedORDER entered denying 41 Motion for Default Judgment. This case has been actively litigated and I deem the late answer as due to excusable neglect. (Urso, Lisa) (Entered: 01/22/2007) |
| 02/05/2007 | 46 | MOTION for leave to enlarge pages in memorandum by Bruce Jackson. (Silverman, Sam) Modified on 2/7/2007 (Johnson, Jay). (Entered: 02/05/2007) |
| 02/08/2007 | 47 | MOTION for Summary Judgment by Thomas Sabbagh, Lindsay Norman, Paula Gastenveld, Ghazi Darkazalli, Laurie Taylor.(Walsh, Teresa) (Entered: 02/08/2007) |
| 02/08/2007 | 48 | MEMORANDUM in Support re 47 MOTION for Summary Judgment filed by Thomas Sabbagh, Lindsay Norman, Paula Gastenveld, Ghazi Darkazalli, Laurie Taylor. (Walsh, Teresa) (Entered: 02/08/2007) |
| 02/08/2007 | 49 | NOTICE by Thomas Sabbagh, Lindsay Norman, Paula Gastenveld, Ghazi Darkazalli, Laurie Taylor re 48 Memorandum in Support of Motion, 47 MOTION for Summary Judgment *Local Rule 77.1 Notice of Filing* (Walsh, Teresa) (Entered: 02/08/2007) |

| 02/08/2007 | 50 | CERTIFICATE OF CONSULTATION re 48 Memorandum in Support of Motion, 47 MOTION for Summary Judgment. (Walsh, Teresa) (Entered: 02/08/2007) |
|---|---|---|
| 02/08/2007 | 51 | CERTIFICATE OF SERVICE by Thomas Sabbagh, Lindsay Norman, Paula Gastenveld, Ghazi Darkazalli, Laurie Taylor re 50 Certificate of Consultation, 49 Notice (Other), 48 Memorandum in Support of Motion, 47 MOTION for Summary Judgment. (Walsh, Teresa) (Entered: 02/08/2007) |
| 02/12/2007 | 52 | MOTION for Summary Judgment by Bruce Jackson.(Silverman, Sam) (Entered: 02/12/2007) |
| 02/15/2007 |  | Judge Rya W. Zobel : Electronic ORDER entered granting 46 Motion to enlarge page number (Johnson, Jay) (Entered: 02/15/2007) |
| 02/15/2007 | 53 | MEMORANDUM in Support re 52 MOTION for Summary Judgment filed by Bruce Jackson. (Attachments: # 1 Exhibit Exhibits 1 to 10# 2 Exhibit Exhibits 11 to 17)(Silverman, Sam) (Entered: 02/15/2007) |
| 03/14/2007 | 54 | Opposition re 47 MOTION for Summary Judgment filed by Bruce Jackson. (Attachments: # 1 Exhibit Norman Arbitration Testimony)(Silverman, Sam) (Entered: 03/14/2007) |
| 03/14/2007 | 55 | MEMORANDUM in Opposition re 52 MOTION for Summary Judgment filed by Thomas Sabbagh, Lindsay Norman, Paula Gastenveld, Laurie Taylor. (Walsh, Teresa) (Entered: 03/14/2007) |
| 03/14/2007 | 56 | NOTICE by Thomas Sabbagh, Lindsay Norman, Paula Gastenveld, Ghazi Darkazalli, Laurie Taylor re 55 Memorandum in Opposition to Motion *77.1 Notice of Filing* (Walsh, Teresa) (Entered: 03/14/2007) |
| 03/14/2007 | 57 | MOTION to Strike 55 Memorandum in Opposition to Motion *Motion to Strike Plaintiff's Affidavits* by Thomas Sabbagh, Lindsay Norman, Paula Gastenveld, Ghazi Darkazalli, Laurie Taylor.(Walsh, Teresa) (Entered: 03/14/2007) |
| 03/15/2007 | 58 | EXHIBITS A-T re 56 Notice (Other), 55 Memorandum in Opposition to Motion by Thomas Sabbagh, Commonwealth of Massachusetts, Lindsay Norman, Paula Gastenveld, Ghazi Darkazalli, Laurie Taylor. (Unscanned due to front and back print and size) (Johnson, Jay) (Entered: 03/16/2007) |
| 03/17/2007 | 59 | Opposition re 57 MOTION to Strike 55 Memorandum in Opposition to Motion *Motion to Strike Plaintiff's Affidavits* filed by Bruce Jackson. (Silverman, Sam) (Entered: 03/17/2007) |
| 03/18/2007 | 60 | REPLY to Response to Motion re 52 MOTION for Summary Judgment filed by Bruce Jackson. (Silverman, Sam) (Entered: 03/18/2007) |
| 08/21/2007 | 61 | Judge Rya W. Zobel : Memorandum of Decision entered granting 47 Motion for Summary Judgment; denying 52 Motion for Summary Judgment; denying 57 Motion to Strike. Judgment may be entered for defendants. (Urso, Lisa) (Entered: 08/22/2007) |

| 08/22/2007 | 62 | Judge Rya W. Zobel : ORDER entered. JUDGMENT in favor of DEFENDANTS (Urso, Lisa) (Entered: 08/22/2007) |
| --- | --- | --- |
| 08/29/2007 | 63 | NOTICE OF APPEAL as to 62 Judgment by Bruce Jackson Filing fee $ 455, receipt number 1645325 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/18/2007. (Silverman, Sam) Additional attachment(s) added on 8/30/2007 (Johnson, Jay). (Entered: 08/29/2007) |