UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11429

Bruce Jackson

v.

Lindsay Norman, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-63

and contained in I & II Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/29/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 6, 2007.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/7/07.

____JC____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-2382

- 3/06