# United States Court of Appeals
## For the First Circuit

No. 07-2382

BRUCE JACKSON,

Plaintiff, Appellant,

v.

LINDSAY NORMAN, ET AL.,

Defendants, Appellees.

### JUDGMENT

Entered: February 15, 2008

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed. See lst Cir. R. 27.0(c).

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[cc Mr. Silverman, Ms. Parsi, & Ms. Walsh.]