# United States Court of Appeals
## For the First Circuit

05-11429
USDC/MA
Zobel, R.

No. 07-2382

BRUCE JACKSON,

Plaintiff, Appellant,

v.

LINDSAY NORMAN, ET AL.,

Defendants, Appellees.

---

**JUDGMENT**

Entered: February 15, 2008

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed. See 1st Cir. R. 27.0(c).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk
Date: 4/2/08

By the Court:
Richard Cushing Donovan, Clerk

By: Margaret Carter, Chief Deputy Clerk

[cc Mr. Silverman, Ms. Parsi, & Ms. Walsh.]